**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Jeff Seipel, *et al.*,

                              Plaintiffs,

                                                          Civ. No. 08-4671 (RHK/FLN)
                                                                         **ORDER**

v.

North Metro Landscaping, Inc.,

                              Defendant.

The Court having carefully considered Plaintiffs' Objection to Defendant's Exhibit List (Doc. No. 59) and Plaintiffs' Motion in Limine (Doc. No. 60), **IT IS ORDERED** that (1) Plaintiffs' Objection is **OVERRULED** and (2) Plaintiffs' Motion is **DENIED**.

Dated: March 1, 2010                                                 s/Richard H. Kyle
                                                                               RICHARD H. KYLE
                                                                               United States District Judge